UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR24-039-JHC |
| Plaintiff, | |
| v. | ORDER MODIFYING BOND CONDITIONS TO PERMIT TRAVEL |
| MICHAEL GERSHOWITZ, | |
| Defendant. | |

THE COURT has considered Michael Gershowitz's motion for an Order modifying his conditions of pretrial release to permit him to attend his mother's funeral, Dkt. # 38, and the records in this case.

IT IS ORDERED that the conditions of pretrial release be modified to permit Mr. Gershowitz to travel to New York, subject to preapproval by Pretrial Services, to attend his mother's funeral.

All other conditions of supervision remain in place.

DONE this 15th day of July 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER MODIFYING BOND CONDITIONS
TO PERMIT TRAVEL
(*United States v. Gershowitz*, CR24-039-JHC) - 1