UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL L. GERSHOWITZ,

Defendant.

No. CR24-039-JHC

ORDER TO SEAL DOCUMENTS

THE COURT has considered Mr. Gershowitz's motion to seal Exhibits 1, 3, and 4 in support of his sentencing memorandum, Dkt. # 47, and finds there are compelling reasons to file the documents under seal.

IT IS ORDERED that Exhibits 1, 3, and 4 be filed under seal.

DONE this 20th day of November 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE