UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR24-039-JHC |
| Plaintiff, | |
| v. | |
| MICHAEL L. GERSHOWITZ, | **FINAL ORDER OF FORFEITURE (LG PHOENIX PHONE)** |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture ("Motion") for the following property, seized from Defendant Gershowitz on or about November 1, 2023, which has already been forfeited by Defendant Michael L. Gershowitz:

      1.     One LG Phoenix cellular phone ("LG Phoenix Phone").

Dkt. # 56.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of a Final Order of Forfeiture concerning the LG Phoenix Phone is appropriate because:

- On July 15, 2025, the Court entered a Preliminary Order of Forfeiture finding the LG Phoenix Phone forfeitable pursuant to 18 U.S.C. § 2253(a) and forfeiting Defendant's interest in it to the United States. Dkt. No. 39;

Final Order of Forfeiture - 1
*United States v. Gershowitz,* CR24-039-JHC

- The United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 41) and sent direct notice, by means reasonably calculated to reach them, to individuals identified as potential claimants, as required by Fed. R. Crim. P. Rule 32.2(b)(6)(A) and Supplemental Rule G(4)(b)(iii)-(v) of the Supplemental Rules for Certain Admiralty and Maritime Claims (*see* Declaration of AUSA Krista K. Bush in Support of Motion for a Final Order of Forfeiture, ¶¶ 2-3, Exhibits A-C);

- Notice letters were successfully delivered to the potential claimants identified by the United States (*see id.*);

- The United States has used all available efforts to provide notice to the potential claimants, by means reasonably calculated to reach them (*Id.* ¶¶ 2-3, Exhibits A-C);

- The time for filing third-party claims has expired, and no claims were filed to the LG Phoenix Phone.

NOW, THEREFORE, THE COURT ORDERS:

1.     No right, title, or interest in the LG Phoenix Phone exists in any party other than the United States.

2.     The LG Phoenix Phone is fully and finally condemned and forfeited, in its entirety, to the United States; and

///

///

///

Final Order of Forfeiture - 2
*United States v. Gershowitz,* CR24-039-JHC

3.      The United States Department of Justice, the Federal Bureau of Investigation, and/or their representatives, are authorized to dispose of the LG Phoenix Phone as permitted by governing law.

IT IS SO ORDERED.

DATED this 10th day of February, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture - 3
*United States v. Gershowitz,* CR24-039-JHC