UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br><br>v.<br><br>MICHAEL GERSHOWITZ<br><br>Defendant. | NO. CR24-039-JHC<br><br><br><br>ORDER TO SEAL DOCUMENT |

Having read the Government's Motion to Seal, Dkt. # 70, which is unopposed, and because of the sensitive information contained in Exhibit A (Dkt. # 71), it is hereby ORDERED that the Treatment Termination Letter contained in Exhibit A, shall remain sealed.

DATED this 17th day of June, 2026.

_____
JOHN H. CHUN
United States District Judge

Order to Seal - 1
*United States v. Gershowtiz* / CR24=039 JHC